# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lehrburger, Robert W. | U.S. District Court, Southern District of New York | 03/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2.  Trustee | Trust #2 (reportable assets are included in Part VII) |
| 3.  Trustee | Trust #3 (reportable assets are included in Part VII) |
| 4.  Trustee | Trust #4 (no reportable assets) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (financial services consulting) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) (Y) | | | | | | | | | |
| 3. Bank of Texas (cash) | A | Interest | P1 | T | | | | | |
| 4. Chase Private Bank (cash) | A | Interest | N | T | | | | | |
| 5. Long Term Care - Whole Life Insurance - Mass Mutual Life Ins. Co. | A | Interest | O | T | | | | | |
| 6. U.S. Federal Inflation Bonds | D | Interest | O | T | | | | | |
| 7. Mineral Royalty Interests (H) | | | | | | | | | |
| 8. Mineral Royalty Interest - Atascosa County, Texas | E | Royalty | K | W | | | | | |
| 9. Mineral Royalty Interest - Crockett County, Texas | F | Royalty | L | W | | | | | |
| 10. Mineral Royalty Interest - Midland County, Texas | E | Royalty | K | W | | | | | |
| 11. Mineral Royalty Interest - Reagan County, Texas | G | Royalty | N | W | | | | | |
| 12. Mineral Royalty Interest - Upton County, Texas | H1 | Royalty | P1 | W | | | | | |
| 13. Account #1 (H) | | | | | | | | | |
| 14. Fidelity Four In One Index Fund (FFNOX) | B | Dividend | L | T | | | | | |
| 15. Account #2 (H) | | | | | | | | | |
| 16. Fidelity Blue Chip Growth K (FBGKX) | E | Dividend | O | T | | | | | |
| 17. Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Vanguard Primecap Core (VPCCX) | E | Dividend | N | T | | | | | |
| 19. | Fidelity Managed Income Portfolio II Cl 3 (MIP II CL 3) | A | Dividend | K | T | | | | | |
| 20. | Vanguard Target 2015 (VTXVX) | A | Dividend | L | T | | | | | |
| 21. | Vanguard Target 2025 (VTTVX) | A | Dividend | M | T | | | | | |
| 22. | Account #3 (H) | | | | | | | | | |
| 23. | EY Firm Capital | | None | N | U | | | | | |
| 24. | Account #4 (H) | | | | | | | | | |
| 25. | Fidelity Cash Fund (cash) | A | Interest | O | T | | | | | |
| 26. | Fidelity Balanced Fund (FBALX) | E | Dividend | N | T | | | | | |
| 27. | Fidelity Limited Term Muni Income Fund (FSTFX) | C | Dividend | M | T | | | | | |
| 28. | Fidelity NY AMT Tax-Free Money Market Fund (FSNXX) (cash equiv) | B | Dividend | N | T | | | | | |
| 29. | Account #5 (H) | | | | | | | | | |
| 30. | Fidelity Government Money Market Fund (SPAXX) (cash) | A | Dividend | K | T | | | | | |
| 31. | Fidelity Total Mkt Index (FSKAX) | D | Dividend | N | T | Buy (add'l) | 02/13/20 | M | | |
| 32. | Fidelity Four In One Index Fund (FFNOX) | E | Dividend | P1 | T | | | | | |
| 33. | Fidelity New York Muni Income Fund (FTFMX) | D | Dividend | M | T | | | | | |
| 34. | Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | A | Dividend | N | T | Sold (part) | 02/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | M | T | | | | | |
| 36. | Vanguard Whitehall FDS High Dividend Yield ETF (VYM) | C | Dividend | L | T | | | | | |
| 37. | Ishares National Muni Fund (MUB) | C | Dividend | M | T | | | | | |
| 38. | Account #6 (H) | | | | | | | | | |
| 39. | Fidelity Government Money Market Fund (SPAXX) (cash equivalent) | A | Dividend | L | T | | | | | |
| 40. | Fidelity Tot Mkt Indx Instl Prem (FSKAX) | D | Dividend | M | T | Buy (add'l) | 02/13/20 | M | | |
| 41. | Fidelity Four In One Index Fund (FFNOX) | E | Dividend | P1 | T | | | | | |
| 42. | Fidelity NY Muni Income Fund (FTFMX) | C | Dividend | M | T | | | | | |
| 43. | Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | A | Dividend | N | T | Sold (part) | 02/14/20 | J | | |
| 44. | Ishares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | L | T | | | | | |
| 45. | Vanguard Whitehall FDS High Dividend Yield ETF SHS (VYM) | C | Dividend | L | T | | | | | |
| 46. | Ishares National Muni Bond Fund (MUB) | C | Dividend | M | T | | | | | |
| 47. | Account #7 (H) | | | | | | | | | |
| 48. | Fidelity Government Money Market Fund (SPAXX) (cash equiv) (Y) | | | | | | | | | |
| 49. | Fidelity NY AMT Tax Free Money Market Fund (FSNXX) (cash equiv) | C | Dividend | O | T | | | | | |
| 50. | Account #8 (H) | | | | | | | | | |
| 51. | Fidelity Govt Cash Reserves (FDRXX) (cash) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metropolitan Transn Auth N Y Rev Bans (59261AXV4) | | None | | | Sold | 01/15/20 | M | | |
| 53. Nassau Cnty NY Go Bans Ser 2019 A (63165TN92) | D | Interest | | | Redeemed | 06/01/20 | M | | |
| 54. Tompkins-Seneca-Tioga NY Brd Coop Edl (890114BN0) | B | Interest | | | Redeemed | 06/30/20 | M | | |
| 55. Triborough Bridge & Tunnel Auth Y Gen Purp Rev 1/1/2021 (896029YU3) | C | Interest | J | T | Redeemed (part) | 01/02/20 | K | | |
| 56. New York St Twy Auth Gen Rev Rev Bds Ser (650009ZQ9) (X) | D | Interest | M | T | | | | | |
| 57. NY St Twy Auth Gen Rev Bds Ser 01/01/22 (64972HP71) (Y) | | | | | | | | | |
| 58. Erie County NY Fiscal Stability Ref-Sales Tax 5/15/2022 (29508RGS9) | C | Interest | M | T | | | | | |
| 59. NY NY GO Bonds Series B 8/1/2022 (64966J3P9) | C | Interest | M | T | | | | | |
| 60. NY NY CityTransitional Future Tax 11/1/2022 (64971QRN5) | D | Interest | M | T | | | | | |
| 61. Metropolitan Transn Auth NY Rev Bans (59261AE78) | B | Interest | | | Buy | 01/15/20 | M | | |
| 62. | | | | | Sold | 04/23/20 | M | | |
| 63. NY NY City Tr Cultural Rev Bonds 2/1/2023 (649717TF2) | B | Interest | M | T | | | | | |
| 64. Erie Cnty NY Indl Dev Agy Sch Fac Rev 05/01/23 (29509PHK8) | C | Interest | M | T | | | | | |
| 65. NY NY City Transitional Fin 07/15/23 (64972HP71) | C | Interest | M | T | | | | | |
| 66. Erie Cty NY Indl Dev Agy 5/1/2024 (29509PKV0) | C | Interest | M | T | | | | | |
| 67. Utility Debt Securitzation 6/15/2024 (91802RCS6) | C | Interest | M | T | | | | | |
| 68. NY St Dorm Auth Rev 7/1/2024 (64990HU40) | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Metropolitan Transp. Auth. NY Rev. and Ref. Bds 11/15/2024 (59261AGV3) | | None | | | Sold | 07/23/20 | M | | |
| 70. | Brookhaven NY GO 3/15/2025 4% (113152XB3) | C | Interest | M | T | | | | | |
| 71. | Brookhaven NY GO 3/15/2025 5% (113152YH9) | D | Interest | M | T | | | | | |
| 72. | NY St Dorm Auth Rev 7/1/2025 (64990CA68) | D | Interest | M | T | | | | | |
| 73. | Metropolitan Transp. Authority NY 11/15/2025 (59259N6Y4) | C | Interest | M | T | | | | | |
| 74. | Triborough Brdg & Tunl Auth. 11/15/2025 (89602N5C4) | D | Interest | M | T | | | | | |
| 75. | NY St Dorm Auth St Pers Income 02/15/26 (64990FFT6) | D | Interest | M | T | | | | | |
| 76. | NY St Dorm Auth Revs Non St 07/01/26 (64990CUZ2) | D | Interest | M | T | | | | | |
| 77. | NY St Environmental Facs 08/15/26 (64985HXU6) | D | Interest | M | T | | | | | |
| 78. | Erie Cnty NY Pub Impt Go Bds Ser (295084SJ7) | | None | M | T | Buy | 10/22/20 | M | | |
| 79. | Wyoming Cmnty Dev Auth Hsg Rev Bds (98322QVU8) | | None | M | T | Buy | 10/22/20 | M | | |
| 80. | Sachem Cent Sch Dist NY Holbrook Ref 10/15/27 (785721UH2) | C | Interest | M | T | | | | | |
| 81. | New York NY City Mun Mtr Fin Auth Wtr (64972GXQ2) | B | Interest | M | T | Buy | 09/30/20 | M | | |
| 82. | NY NY City Transitional Fin 08/01/28 (64971XCJ5) | D | Interest | M | T | | | | | |
| 83. | New Jersey St Transn Tr Fd Auth Sys Bds (6461366E6) | | None | | | Sold | 04/29/20 | M | | |
| 84. | New York NY City Tr Cultural Res Rev Var (649717NV3) | B | Interest | M | T | Buy | 01/23/20 | M | | |
| 85. | New Jersey St Hsg & Mtg Fin Agy Rev (64613ACL4) | A | Interest | M | T | Buy | 07/29/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New York St Twy Auth Gen Rev Bds (650009G31) | C | Interest | M | T | | | | | |
| 87. New York NY Go BDS Ser 2019 E (64966MQ93) | B | Interest | | | Sold | 04/20/20 | M | D | |
| 88. Port Auth NY & NJ Consolidated BDS (73358W4H4) | C | Interest | M | T | | | | | |
| 89. Winston Salem NC Go Bds Ser 2020 B (975673EW0) | A | Interest | L | T | Buy | 06/16/20 | M | | |
| 90. | | | | | Sold (part) | 09/11/20 | M | C | |
| 91. North Thurston Pub Schs Was Unltd Tax (66285THG1) | | None | M | T | Buy | 06/23/20 | M | | |
| 92. Account #9 (H) | | | | | | | | | |
| 93. Fidelity Govt Cash Reserves (FDRXX) (cash) | B | Interest | O | T | | | | | |
| 94. Troy NY Bans Ser 2019 Fixed Coup (897574WX3) | D | Interest | | | Redeemed | 02/07/20 | M | | |
| 95. S Cent Regl Med Ctr Rev 3/1/2020 (837256AA4) | C | Interest | | | Redeemed | 02/19/20 | O | | |
| 96. NY St Energy Resh & Dev Auth 06/01/29 (649845GZ1) | D | Interest | | | Sold (part) | 04/17/20 | N | | |
| 97. | | | | | Sold | 05/01/20 | M | A | |
| 98. NY St Energy Resh & Dev Auth 02/01/29 (649845HA5) | D | Interest | | | Sold | 05/01/20 | O | B | |
| 99. Board Coop Edl Svcs NY Sold Sup (096575KQ7) | D | Interest | | | Redeemed | 06/16/20 | N | | |
| 100. NY St Dorm Auth Revsnon Rev Bds 7/1/2020 (64990BS46) | D | Interest | | | Redeemed | 07/01/20 | N | | |
| 101. Corinth NY Cent Sch Dist Go Bans Ser (218854HH3) | C | Interest | | | Sold (part) | 07/07/20 | M | | |
| 102. | | | | | Redeemed | 07/24/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. South Glens Falls NY Cent Sch Dist Go (838039MM4) | | None | | | Sold | 06/01/20 | O | | |
| 104. Albany NY City Sch Dist Go Bd Antic Nts (012434SM9) | | None | | | Sold | 06/10/20 | O | | |
| 105. Suffolk Cnty NY Tax Antic Nts Ser 2019 (86476PZW1) | | None | | | Sold | 06/30/20 | P1 | | |
| 106. Metropolitan Transn Auth NY Rev 11/15/45 (59261AVE4) | E | Interest | | | Redeemed | 11/16/20 | N | | |
| 107. Orange Cnty Fla Hsg Fin Auth Multifamily (684906HM5) | E | Interest | P1 | T | | | | | |
| 108. Metropolitan Transn Auth NY Rev Bans 05/15/21 (59261AVU8) | | None | | | Sold | 04/20/20 | N | | |
| 109. Kentucky Rural Wtr Fin Corp Pub Proj (49140M6K0) | C | Interest | | | Sold | 09/16/20 | O | C | |
| 110. Travis Cnty Tex Hsg Fin Corp Multifamily (89438UBC1) | D | Interest | P1 | T | Buy | 03/18/20 | P1 | | |
| 111. Broome Cnty NY Go Bans Ser 2020 A (114727VV9) | | None | N | T | Buy | 04/30/20 | N | | |
| 112. Ohio Hsg Fin Agy Multifamily Hsg Rev (676900UQ4) | C | Interest | O | T | | | | | |
| 113. Enlarged Troy Sch Dist NY Bans Ser (293359DX0) | | None | N | T | Buy | 06/10/20 | O | | |
| 114. | | | | | Sold (part) | 12/22/20 | O | | |
| 115. Sherrill NY City Sch Dist Go Bans (824263KF3) | | None | M | T | Buy | 06/30/20 | M | | |
| 116. Clinton Cnty NY Bd Antic NTS Ser 2020 (187468LA9) | | None | P1 | T | Buy | 07/29/20 | O | | |
| 117. | | | | | Buy (add'l) | 07/30/20 | M | | |
| 118. Fort Bend Tex Indpt Sch Dist For Issues 08/01/42 (346843LQ6) | C | Interest | N | T | Redeemed (part) | 08/03/20 | J | | |
| 119. Metropolitan Transn Auth NY Rev Bans 09/01/21 (59261AXD4) | | None | | | Sold | 04/29/20 | N | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | Burke Cnty GA Dev Auth Pollutn Ctl Rev 10/10/32 (121342PH6) | C | Interest | M | T | | | | | |
| 121. | Atlanta Ga Urban Residential Fin Auth (04785VBA1) | D | Interest | O | T | | | | | |
| 122. | San Antonio Tex Elec & Gas Rev Var Rt Jr 02/01/33 (7962537R7) | D | Interest | O | T | | | | | |
| 123. | Fla Hsg Fin Corp Multifamily Mtg Rev (34074HGL0) | | None | | | Buy | 01/17/20 | O | | |
| 124. | | | | | | Sold | 02/07/20 | O | A | |
| 125. | American Mun Pwr Ohio Inc Rev Ref Bds (02765UNW0) | E | Interest | O | T | | | | | |
| 126. | Dallas Tex Hsg Fin Corp Multi Family (235298BM7) | D | Interest | O | T | | | | | |
| 127. | Miami-Dade Cnty Fla Hsg Fin Auth (593344AX2) | C | Interest | N | T | Buy | 04/30/20 | N | | |
| 128. | Washoe Cnty Nev Wtr Fac Rev Amt Ref Bds (940865BF4) | A | Interest | O | T | Buy | 09/16/20 | O | | |
| 129. | New Jersey St Hsg & Mtg Fin Agy (646127EU0) | D | Interest | O | T | | | | | |
| 130. | California Mun Fin Auth Rev Taxable Bds (13048VQA9) | B | Interest | N | T | Buy | 06/10/20 | N | | |
| 131. | Chautauqua Cnty NY Cap Resource Corp 11/01/31 (162542AD6) | E | Interest | O | T | | | | | |
| 132. | Port Aransas Tex Pub Facs Corp (733461AA5) | | None | N | T | Buy | 06/26/20 | N | | |
| 133. | Clark Cnty Nev Pollutn Ctl Rev Ref (181008BC6) | B | Interest | M | T | Buy | 05/21/20 | M | | |
| 134. | Colorado Hsg & Fin Auth Multi Family (196480GK7) | D | Interest | O | T | Buy | 04/23/20 | O | | |
| 135. | Vancouver Wash Hsg Auth Rev Bds Anthem (921626NJ2) | D | Interest | O | T | Buy | 06/10/20 | O | | |
| 136. | Texas St Dept Hsg & Cmnty Affairs (88275ADX5) | | None | O | T | Buy | 06/26/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Matagorda Cnty Tex Nav Dist No 1 (576528DU4) | A | Interest | O | T | Buy | 09/01/20 | O | | |
| 138. Mount Vernon Ind Environmental Impt (623455AB8) | | None | N | T | Buy | 09/01/20 | N | | |
| 139. Black Belt Energy Gas Dist Ala Gas (09182RAF8) | E | Interest | O | T | | | | | |
| 140. Louisiana St Offshore Term Auth (546510FR4) | D | Interest | O | T | | | | | |
| 141. New Jersey St Covid 19 Go Emergency Bds (646039YH4) | | None | O | T | Buy | 11/24/20 | O | | |
| 142. Suffolk Cnty NY Taxable Ref Bds Ser (86476PD96) | A | Interest | O | T | Buy | 10/22/20 | O | | |
| 143. Pennsylvania Economic Dev Fing (708692BF4) | | None | | | Buy | 09/23/20 | N | | |
| 144. | | | | | Sold | 11/13/20 | N | | |
| 145. Port Auth NY & NJ Consolidated Bds (73358W4Z4) | | None | O | T | Buy | 06/10/20 | O | | |
| 146. Mississippi Business Fin Corp Gulf (60528BAK8) | C | Interest | | | Buy | 05/01/20 | O | | |
| 147. | | | | | Sold (part) | 09/23/20 | N | B | |
| 148. | | | | | Sold | 11/02/20 | N | | |
| 149. Louisville & Jefferson Cnty KY (546598AC7) | B | Interest | | | Buy | 02/26/20 | P1 | | |
| 150. | | | | | Sold | 03/17/20 | P1 | A | |
| 151. Neuces Cnty Tex Tax Nts Ser 2019 (670386QS3) | B | Interest | | | Redeemed | 01/07/20 | N | | |
| 152. New York NY City Health & Hosp Corp (649674KJ6) | | None | O | T | Buy | 12/16/20 | O | | |
| 153. Account #10 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Fidelity 500 Index Inst Prem (FXAIX) | E | Dividend | P1 | T | | | | | |
| 155. Fidelity NY AMT Tax-Free Money Mkt (FSNXX) (cash equiv) | B | Dividend | N | T | | | | | |
| 156. Account #11 (H) | | | | | | | | | |
| 157. Fidelity 500 Index Fund (FXAIX) | F | Dividend | P1 | T | | | | | |
| 158. Fidelity U.S. Bond Index Fund (FXNAX) | D | Dividend | M | T | | | | | |
| 159. Fidelity New York Muni Income (FTFMX) | A | Dividend | K | T | | | | | |
| 160. Account #12 (H) | | | | | | | | | |
| 161. NY529 Vanguard Moderate Age-Based Option: Disciplined Growth Portfolio | | None | O | T | | | | | |
| 162. Account #13 (H) | | | | | | | | | |
| 163. NY529 Vanguard Moderate Age-Based Option: Income Portfolio | | None | N | T | | | | | |
| 164. Account #14 (H) | | | | | | | | | |
| 165. NV529 Vanguard Moderate Age-Based Option: Income Portfolio | | None | | | Sold (part) | 02/24/20 | K | | |
| 166. | | | | | Sold (part) | 08/28/20 | K | | |
| 167. | | | | | Sold | 10/30/20 | M | | |
| 168. NV529 Vanguard Commencement Prt | | None | M | T | Buy | 10/30/20 | M | | |
| 169. | | | | | Sold (part) | 11/20/20 | K | | |
| 170. Account #15 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lehrburger, Robert W.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Fidelity FDIC Insured Money Sweep (cash) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert W. Lehrburger**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544